```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
        v.                   )    M.B.D. Case No. 21-91263-PBS
                             )
FRIENDLY GRANDOIT,           )
                             )
     Defendant               )
```

## MOTION FOR ENDS-OF-JUSTICE CONTINUANCE
## OF TIME FOR FILING AN INDICTMENT OR INFORMATION,
## AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Kenneth G. Shine, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for a pending case against Defendant Friendly Grandoit, and exclude the time period from April 23, 2021, through and including May 28, 2021, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial.  Per this motion, the Government requests that the date for the filing of any indictment or information under the Speedy Trial Act be set at May 28, 2021,

absent further Order of the Court.  The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.  The Government has conferred with counsel for Defendant, Friendly Grandoit, and <u>Defendant assents to this exclusion of time under the Speedy Trial Act</u>.  In support of its request for an exclusion, the Government states as follows:

1.   On October 16, 2020, Friendly Grandoit ("Grandoit") was charged by criminal complaint in the case *United States v. Friendly Grandoit*, 20-MJ-2572-MBB, with Illegal Reentry in violation of 8 U.S.C. §1326(a) and (b)(2). Grandoit was arrested on March 19, 2021 and appeared before the Court on March 23, 2021 for his initial appearance.  At that time, Grandoit was appointed counsel, waived his probable cause hearing, and agreed to voluntary detention.

2.   Since his detention hearing on March 23, 2021, the Government has provided initial discovery and the parties have discussed a resolution of these matters.  Even with due diligence, the parties have been unable to finalize their discussions prior to the time within which an indictment or information must be filed.  Thus, the Government requests a 35-day extension of time within which an indictment or information must be filed in this case.

3. If the requested time is excluded, the United States will have until May 28, 2021 to return an Indictment of file an Information.  No previous extensions of time have been requested.

4. The defendant does not oppose this extension request.

5. A proposed Order is attached.

Respectfully submitted,

NATHANEL R. MENDELL
Acting United States Attorney

By     /s/ Kenneth G. Shine
     KENNETH G. SHINE
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, Kenneth G. Shine, hereby certify that a copy of this document will be provided to defendant's counsel of record.

/s/ Kenneth G. Shine
Assistant U.S. Attorney